# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM LEE REMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-CV-202-TCK-TLW |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Judgment is hereby entered in favor of Defendant and against Plaintiff. This Judgment terminates the litigation.

**SO ORDERED** this 16th day of February, 2016.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE